In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-346 CV


____________________



STEVEN C. BARKLEY, Appellant



V.



W.M. BOITER, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-164029






MEMORANDUM OPINION


 The appellant, Steven C. Barkley, filed a motion to dismiss this appeal. The
appellant alleges he no longer desires to prosecute this appeal because the parties have
settled their dispute. The Court finds that this motion is voluntarily made by the appellant
prior to any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No
other party filed a notice of appeal. The motion to dismiss is granted and the appeal is
therefore dismissed.

 APPEAL DISMISSED. 

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 25, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.